IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

RODERIC GREYVOD SCOTT,

 Appellant,

v.          Case No. 5D22-729
             LT Case No. 2018-CF-004668-A-O

STATE OF FLORIDA,

 Appellee.

_____/

Decision filed August 9, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Tanya Davis Wilson, Judge.

Roderic Greyvod Scott, Bushnell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

 AFFIRMED.

EDWARDS, EISNAUGLE and SASSO, JJ., concur.